# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

In Re:                                              Case No. 19-40561

Simuel Myron Franks
Kathy Denise Franks                       Chapter 13
  *fka* Kathy Denise Robinson

Debtors.                                    Judge John T. Laney III

**REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)**

      Please take notice that D. Anthony Sottile, as authorized agent for Home Point Financial Corporation, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

    D. Anthony Sottile
    Authorized Agent for Home Point Financial Corporation
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com

Dated: July 10, 2019                       /s/ D. Anthony Sottile
                                                           D. Anthony Sottile
                                                           Authorized Agent for Creditor
                                                           Sottile & Barile, LLC
                                                           394 Wards Corner Road, Suite 180
                                                           Loveland, OH 45140
                                                           Phone: 513.444.4100
                                                           Email: bankruptcy@sottileandbarile.com

## **CERTIFICATE OF SERVICE**

I certify that on July 10, 2019, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Brace W. Luquire, Debtors' Counsel
    bracelaw@aol.com

    Kristin Hurst, Chapter 13 Trustee
    ecf@ch13trustee.com

    Office of the United States Trustee
    ustp.region21.mc.ecf@usdoj.gov

I further certify that on July 10, 2019, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Simuel Myron Franks, Debtor
    1161 Brandywine Ct
    Columbus, GA 31907-6706

    Kathy Denise Franks, Debtor
    1161 Brandywine Ct
    Columbus, GA 31907-6706

                                                    /s/ D. Anthony Sottile
                                                    D. Anthony Sottile
                                                    Authorized Agent for Creditor
                                                    Sottile & Barile, LLC
                                                    394 Wards Corner Road, Suite 180
                                                    Loveland, OH 45140
                                                    Phone: 513.444.4100
                                                    Email: bankruptcy@sottileandbarile.com