VR/bz

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| RACHAEL MARIE BIGELOW, | : | |
| a/k/a RACHAEL M. BIGELOW, | : | CASE NO. 19-14267 |
| a/k/a RACHAEL BIGELOW, | : | |
| a/k/a RACHAEL CHAMBERLAIN, | : | |
| a/k/a RACHAEL MARIE CHAMBERLAIN, | : | |
| a/k/a RACHAEL M. CHAMBERLAIN, | : | |
| Debtor | : | |

## ORDER

Upon consideration of Debtor's Motion to Terminate Wage Attachment Order, it is hereby

ORDERED and DECREED that said Motion is hereby granted and the Wage Attachment Order entered in the herein case on September 20, 2021 is hereby terminated.

**Date: August 23, 2024**

*Patricia M. Mayer*
Hon. Patricia M. Mayer
United States Bankruptcy Judge