United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                              Case No. 19-14267-pmm

Rachael Marie Bigelow                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                User: admin                                            Page 1 of 2

Date Rcvd: Aug 23, 2024                         Form ID: pdf900                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Rachael Marie Bigelow, 102 Main Street, Glendon, PA 18042-6809 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2024                                       Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Home Point Financial Corporation mimcgowan@raslg.com |
| ROBERT JOSEPH KIDWELL | on behalf of Debtor Rachael Marie Bigelow rkidwell@newmanwilliams.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Aug 23, 2024 | Form ID: pdf900 | Total Noticed: 1

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

VINCENT RUBINO
   on behalf of Debtor Rachael Marie Bigelow vrubino@newmanwilliams.com
   mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com

TOTAL: 8

VR/bz

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| RACHAEL MARIE BIGELOW, | : | |
| a/k/a RACHAEL M. BIGELOW, | : | CASE NO. 19-14267 |
| a/k/a RACHAEL BIGELOW, | : | |
| a/k/a RACHAEL CHAMBERLAIN, | : | |
| a/k/a RACHAEL MARIE CHAMBERLAIN, | : | |
| a/k/a RACHAEL M. CHAMBERLAIN, | : | |
| Debtor | : | |

<u>ORDER</u>

Upon consideration of Debtor's Motion to Terminate Wage Attachment Order, it is hereby

ORDERED and DECREED that said Motion is hereby granted and the Wage Attachment Order entered in the herein case on September 20, 2021 is hereby terminated.

**Date: August 23, 2024**

_Patricia M. Mayer_
Hon. Patricia M. Mayer
United States Bankruptcy Judge