| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-14267-PMM**

RACHAEL MARIE BIGELOW
102 MAIN STREET
GLENDON  PA   18042

Petition Filed Date: 07/03/2019
341 Hearing Date: 08/27/2019
Confirmation Date: 01/16/2020

Case Status: Completed on 7/23/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2023 | $82.50 | 5000408077 | 08/15/2023 | $82.50 | 5000408634 | 08/22/2023 | $82.50 | 5000408957 |
| 08/28/2023 | $82.50 | 5000409573 | 09/08/2023 | $82.50 | 5000409891 | 09/11/2023 | $82.50 | 5000410501 |
| 09/19/2023 | $82.50 | 5000410826 | 09/26/2023 | $82.50 | 5000411418 | 10/02/2023 | $82.50 | 5000411718 |
| 10/11/2023 | $73.50 | 5000412297 | 10/18/2023 | $82.50 | 5000412603 | 10/24/2023 | $82.50 | 5000413480 |
| 10/31/2023 | $82.50 | 5000413831 | 11/07/2023 | $82.50 | 5000414419 | 11/14/2023 | $82.50 | 5000414770 |
| 11/28/2023 | $82.50 | 5000415367 | 11/30/2023 | $82.50 | 5000415693 | 12/05/2023 | $82.50 | 5000416273 |
| 12/14/2023 | $82.50 | 5000416613 | 12/19/2023 | $82.50 | 5000417548 | 01/02/2024 | $82.50 | 5000417858 |
| 01/08/2024 | $82.50 | 5000418441 | 01/08/2024 | $82.50 | 5000418742 | 01/30/2024 | $82.50 | 5000419297 |
| 02/05/2024 | $82.50 | 5000420194 | 02/05/2024 | $58.80 | 419625 | 02/13/2024 | $82.50 | 5000420537 |
| 02/21/2024 | $82.50 | 5000421127 | 02/21/2024 | $82.50 | 5000421497 | 03/01/2024 | $82.50 | 5000422074 |
| 03/11/2024 | $82.50 | 5000422374 | 03/25/2024 | $82.50 | 5000423312 | 03/27/2024 | $82.50 | 5000422957 |
| 04/01/2024 | $82.50 | 5000423864 | 04/02/2024 | $82.50 | 5000424184 | 04/12/2024 | $82.50 | 5000424719 |
| 04/18/2024 | $82.50 | 5000425015 | 04/26/2024 | $82.50 | 5000425575 | 05/06/2024 | $82.50 | 5000425871 |
| 05/09/2024 | $82.50 | 5000426409 | 05/20/2024 | $82.50 | 5000426712 | 05/24/2024 | $82.50 | 5000427263 |
| 05/31/2024 | $82.50 | 5000427555 | 06/11/2024 | $82.50 | 5000428120 | 06/13/2024 | $82.50 | 5000428410 |
| 06/18/2024 | $82.50 | 5000428996 | 07/01/2024 | $82.50 | 5000429308 | 07/03/2024 | $82.50 | 5000429887 |
| 07/12/2024 | $82.50 | 5000430415 | 07/16/2024 | $82.50 | 5000430966 | 07/23/2024 | $61.40 | 5000431539 |
| 07/30/2024 | $82.50 | 5000432062 | | | | | | |

**Total Receipts for the Period: $4,236.20   Amount Refunded to Debtor Since Filing: $308.90   Total Receipts Since Filing: $20,108.98**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 1 | SANTANDER CONSUMER USA INC<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  002 | Unsecured Creditors | $928.19 | $74.32 | $853.87 |
| 3 | FREEDOM MORTGAGE CORPORATION<br>»»  003 | Mortgage Arrears | $11,267.66 | $11,267.66 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»»  004 | Unsecured Creditors | $1,829.69 | $146.51 | $1,683.18 |
| 5 | KHEAA<br>»»  005 | Unsecured Creditors | $12,564.69 | $1,006.13 | $11,558.56 |
| 6 | ONE MAIN FINANCIAL GROUP LLC<br>»»  006 | Unsecured Creditors | $3,286.83 | $263.20 | $3,023.63 |

**Chapter 13 Case No. 19-14267-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 7 | CAPITAL ONE NA<br>»»  007 | Unsecured Creditors | $554.50 | $44.41 | $510.09 |
| 8 | UNITED STATES TREASURY (IRS)<br>»»  08P | Priority Crediors | $182.01 | $182.01 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»»  08U | Unsecured Creditors | $3.90 | $0.30 | $3.60 |
| 10 | QUANTUM3 GROUP LLC as agent for<br>»»  009 | Unsecured Creditors | $305.74 | $24.48 | $281.26 |
| 11 | QUANTUM3 GROUP LLC as agent for<br>»»  010 | Unsecured Creditors | $744.25 | $59.60 | $684.65 |
| 12 | QUANTUM3 GROUP LLC as agent for<br>»»  011 | Unsecured Creditors | $432.82 | $34.66 | $398.16 |
| 13 | LVNV FUNDING LLC<br>»»  012 | Unsecured Creditors | $2,037.04 | $163.12 | $1,873.92 |
| 14 | LVNV FUNDING LLC<br>»»  013 | Unsecured Creditors | $1,725.33 | $138.17 | $1,587.16 |
| 15 | LENDINGCLUB CORPORATION<br>»»  014 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | SYNCHRONY BANK<br>»»  015 | Unsecured Creditors | $438.20 | $35.09 | $403.11 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  016 | Unsecured Creditors | $549.95 | $44.04 | $505.91 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  017 | Unsecured Creditors | $802.31 | $64.24 | $738.07 |
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 19 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | COUNTRY DOOR | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | CREDIT ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | GETTINGTON CUSTOMER SERVICE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | GINNY'S | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | HSBC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | MONROE & MAIN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | THE GALLERY HOME & GIFTS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | RACHAEL MARIE BIGELOW | Debtor Refunds | $308.90 | $308.90 | $0.00 |

**Chapter 13 Case No. 19-14267-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,108.98 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $18,356.84 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,752.14 | Total Plan Base: | $19,800.08 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.