United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                       Case No. 19-14267-pmm

Rachael Marie Bigelow                                                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                           User: admin                                                                 Page 1 of 3

Date Rcvd: Aug 27, 2024                                 Form ID: 138OBJ                                            Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachael Marie Bigelow, 102 Main Street, Glendon, PA 18042-6809 |
| 14587614 | + | Charr, Attn: Payroll Department, 1635 Airport Road, Allentown, PA 18109-9123 |
| 14663364 | +++ | Freedom Mortgage Corporation, Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 14662178 | + | Freedom Mortgage Corporation, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14376757 | + | HESAA, P O Box 548, Trenton, NJ 08625-0548 |
| 14352681 | | HSBC, PO Box 970, Arlington Heights, IL 60006-0970 |
| 14352687 | + | NJ Higher Education, PO Box 548, Trenton, NJ 08625-0548 |
| 14352689 | | Phelan Hallinan Diamond Jones, 1617 JFK Blvd Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14352692 | | The Gallery Home & Gifts, PO Box 77001, Madison, WI 53707-1001 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 27 2024 23:42:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 27 2024 23:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14352672 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2024 00:02:23 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14371876 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 28 2024 00:02:18 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14382056 | | Email/PDF: bncnotices@becket-lee.com | Aug 28 2024 00:02:36 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14352673 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 27 2024 23:42:00 | Chrysler Capital, Attn Bankruptcy Dept, PO Box 961278, Fort Worth, TX 76161-0278 |
| 14352674 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2024 23:42:00 | Comenity Bank, Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14352675 | + | Email/Text: bankruptcy@sccompanies.com | Aug 27 2024 23:42:00 | Country Door, 1515 S 21st Street, Clinton, IA 52732-6676 |
| 14352676 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 28 2024 00:00:48 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14662179 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 27 2024 23:42:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14352677 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 27 2024 23:42:00 | Gettington Customer Service, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14352678 | + | Email/Text: bankruptcy@sccompanies.com | | |

Case 19-14267-pmm    Doc 98    Filed 08/29/24    Entered 08/30/24 00:35:39    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: 138OBJ | Total Noticed: 44 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14352679 | ^ | MEBN | Aug 27 2024 23:42:00 | Ginnys, 1112 7th Avenue, PO Box 2816, Monroe, WI 53566-8016 |
| 14352680 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2024 23:31:55 | Hayt Hayt & Landau, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 14355178 | ^ | MEBN | Aug 27 2024 23:42:00 | Home Point Financial, Attn Correspondence, 11511 Luna Rd Suite 200, Farmers Branch, TX 75234-6451 |
| 14365823 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2024 23:31:56 | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 14352682 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 27 2024 23:42:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234-6451 |
| 14519230 | | Email/Text: legaldivision@kheaa.com | Aug 27 2024 23:42:00 | IRS, Centralized Insolvency Op, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14352683 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 27 2024 23:42:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 14383988 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2024 23:42:00 | Kohls Dept Stores, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14352684 | + | Email/Text: Documentfiling@lciinc.com | Aug 28 2024 00:00:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14384216 | + | Email/Text: Documentfiling@lciinc.com | Aug 27 2024 23:42:00 | Lending Club Corp, 71 Stevenson Street, Suite 1000, San Francisco, CA 94105-2967 |
| 14352685 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2024 23:42:00 | LendingClub Corporation, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14365685 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2024 23:42:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14352686 | + | Email/Text: bankruptcy@sccompanies.com | Aug 27 2024 23:42:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14352688 | + | Email/PDF: cbp@omf.com | Aug 27 2024 23:42:00 | Monroe & Main, 1515 S 21st Street, Clinton, IA 52732-6676 |
| 14380174 | + | Email/PDF: cbp@omf.com | Aug 28 2024 00:20:58 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 14352690 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2024 23:40:05 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14386584 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:02:20 | Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 14383211 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2024 23:41:49 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14357259 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 27 2024 23:42:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14386038 | ^ | MEBN | Aug 27 2024 23:42:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14352691 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 23:31:59 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14352904 | ^ | MEBN | Aug 28 2024 00:02:21 | Synchrony Bank, Attn Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 14352693 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 23:32:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| | | | Aug 28 2024 00:01:57 | The Home Depot/CBNA, PO Box 6497, Sioux |

Falls, SD 57117-6497

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 29, 2024              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Home Point Financial Corporation mimcgowan@raslg.com |
| ROBERT JOSEPH KIDWELL | on behalf of Debtor Rachael Marie Bigelow rkidwell@newmanwilliams.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| VINCENT RUBINO | on behalf of Debtor Rachael Marie Bigelow vrubino@newmanwilliams.com mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com |

TOTAL: 8

*Form 138OBJ* (6/24)–doc 95 – 85

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Rachael Marie Bigelow )   Case No. 19−14267−pmm
   aka Rachael Bigelow )
   aka Rachael M. Bigelow )
   aka Rachael Chamberlain )   Chapter: 13
   aka Rachael M. Chamberlain )
   aka Rachael Marie Chamberlain )

  Debtor(s).

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 27, 2024              For The Court

                                                      Timothy B. McGrath
                                                      Clerk of Court